UNITED STATES DISTRICT COURT            ECF CASE
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| KIMBERLY LEBRON,  :  | |
| Plaintiff,  : | Case No.: 09-cv-04285 (SAS)(JCF) |
| v.  : | |
| : | **ORDER** |
| AMERICAN INTERNATIONAL GROUP, : | |
| INC. A/K/A AIG INVESTMENTS, AIG : | |
| GLOBAL INVESTMENT CORP. AND AIG : | |
| GLOBAL ASSET MANAGEMENT : | |
| HOLDINGS CORP. : | |
| Defendants  : | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/09

This matter having come before the Court on the application of the parties, through their attorneys, and the Court having considered the applicants' submission; and for good cause shown,

IT IS on this __4__ day of __August__, 2009,

ORDERED that the following briefing schedule be set with regard to the Defendants' Motion to Dismiss:

1. Plaintiff's opposition papers shall be served by September 3, 2009;

2. Defendants reply papers shall be served by September 17, 2009; and

3.. Courtesy copies shall be submitted to Chambers promptly after service.

_____
Hon. Shira A. Scheindlin, U.S.D.J.